## THE PEOPLE v. ACOSTA.

Where it is manifest, from the testimony stated in the record, that the verdict of the jury must have been given under a state of great excitement, preventing a fair and just trial, and the Court below has refused a new trial, this Court will reverse the judgment, and order a new trial.

Appeal from the District Court of the Eleventh Judicial District, County of Placer.

[*Note.*—The record in this case is voluminous, and to give

the facts, it would be necessary to state the most of the evi-
dence, which would occupy a great space in this volume, with-
out any benefit to the profession.—REPORTER.]

*M. E. Mills* for Appellant.

*Attorney-General* for Respondent.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J.,
and FIELD, J., concurring.

Indictment and conviction for murder in the first degree.

We have carefully examined the voluminous testimony in the
record, and we can see no substantial contradiction in the evi-
dence of the different witnesses. Taking the testimony for the
prosecution alone, and leaving out that of the defence, and we
must say that we can not see any ground upon which the ver-
dict could stand. The principles laid down by us in the case of
The People *v.* Payne, (8 Cal. Rep., 341,) are quite applicable to
the facts of the present case. It is with reluctance that we dis-
turb the verdict of a jury in any case; but, from the testimony,
as stated in the record, it seems most manifest that the verdict
must have been given under a state of great excitement, pre-
venting a fair and just trial. The Court below should have
granted a new trial.

Judgment reversed, and cause remanded.